

# Texas Department of Criminal Justice

———————————————————————————— **Brad Livingston**
Executive Director

October 19, 2015

The Honorable Felicia Pitre
Dallas County District Clerk
600 Commerce St. Ste. # 103
Dallas, Texas 75202

RE: **LICHO ESCAMILLA, TDCJ #999432**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **LICHO ESCAMILLA**, issued in the 203rd Judicial District Court of Dallas County, Texas, on July 2, 2015, which was carried out on October 14, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc: The Honorable Gregg Abbott, Governor
     The Honorable Ken Paxton, Attorney General
     Louise Pearson, Clerk, Court of Criminal Appeals
     Kelly Enloe, Chairman, Classification & Records, TDCJ

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

CW/cf
Attach

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
### Office of the General Counsel
**Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov**

P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084

P.O. Box 4004
Huntsville, Texas 77342-4004

## CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. LICHO ESCAMILLA* issued in the 203ʳᵈ Judicial District Court of Dallas County, Texas on July 2, 2015 and was executed according to the laws of the State of Texas on October 14, 2015. The death of **LICHO ESCAMILLA** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at __6:31__ p.m. on October 14, 2015. The body of the deceased was given into the custody of <u>Carnes Funeral Home</u> agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

_____

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division



**COOKIE A. FILHART**
**NOTARY PUBLIC, STATE OF TEXAS**
**MY COMMISSION EXPIRES**
**JANUARY 3, 2016**

**Notary without Bond**

SUBSCRIBED AND SWORN TO BEFORE ME this the 14ᵗʰ day of October 2015.

_____

NOTARY PUBLIC, Walker County, Texas

My Commission expires: __1·3·2016__

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 1st day of November, 2002 and executed the 14th day of October, 2015 by the death of **LICHO ESCAMILLA.**

DISPOSITION OF BODY:

DATE: _October 14, 2015_

TIME: _6:31 pm_

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

CAUSE N0. F01-59398-P

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 203RD JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| LICHO ESCAMILLA | § | DALLAS COUNTY, TEXAS |

## ORDER SETTING EXECUTION DATE

The Court has reviewed the State's Motion to Set Execution Date and finds that the motion should be granted; and whereas

The Defendant, Licho Escamilla, was previously sentenced to death by the Court in the presence of his attorneys; and

There being no stays of execution in effect in this case, it is the duty of this Court to set an execution date in the above numbered and styled cause, and the Court now enters the following **ORDER:**

**IT IS HEREBY ORDERED** that the Defendant, Licho Escamilla, who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice, Institutional Division, until the **14th day of October, 2015**, upon which day, at the Texas Department of Criminal Justice, Institutional Division, at some time after the hour of six o'clock p.m., in a

**ORDER SETTING EXECUTION DATE**

Escamilla/ose
Duplicate Original

room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director, as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said Licho Escamilla until the said Licho Escamilla is dead. Such procedure shall be determined and supervised by the said Director of the Texas Department of Criminal Justice, Institutional Division.

The Clerk of this Court shall issue and deliver to the Sheriff of Dallas County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice, Institutional Division, at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said Licho Escamilla.

The Sheriff of Dallas County, Texas is hereby ordered, upon receipt of said Death Warrant, to deliver said Warrant to the Director of the Department of Criminal Justice, Institutional Division, Huntsville, Texas.

**SIGNED** this _18_ day of June, 2015.

TERESA HAWTHORNE, JUDGE
203RD JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS

**ORDER SETTING EXECUTION DATE**

*Escamilla/ose*
*Duplicate Original*

THE STATE OF TEXAS    §
                      §
COUNTY OF DALLAS      §

## WARRANT OF EXECUTION

**TO THE HONORABLE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, HUNTSVILLE, TEXAS -- GREETINGS:**

WHEREAS, there was presented into Court an indictment charging Licho Escamilla with the offense of capital murder; and

WHEREAS, in the 203rd Judicial District Court of Dallas County, Texas, Licho Escamilla was duly and legally convicted by a jury of the crime of capital murder upon said indictment and sentenced to death; and the Court having pronounced sentence in the presence of the defendant and his attorneys, as fully appears in the Judgment and Sentence of said Court entered upon the Minutes of the said Court, as follows, to-wit;

### JUDGMENT AND SENTENCE ATTACHED

## WARRANT OF EXECUTION

Escamilla.wex

You are hereby commanded to carry into execution the order of execution herein in accordance with this Warrant for the execution of the sentence of death, and in accordance with the Judgment and Sentence of this said Court, shown herein, which I certify to be true and correct copies of the original Judgment and Sentence, Mandate, and Order Setting Execution Date now on file on my office and entered on the Minutes of said Court.

**HEREIN FAIL NOT**, but due return make of this Warrant showing how you have executed the same.

Given under my hand and seal of the 203rd Judicial District Court of Dallas County, Texas, on this ___2nd___ day of ~~June~~ July, 2015.

**FELICIA PITRE, DISTRICT CLERK**
**DALLAS COUNTY, TEXAS**

THE STATE OF TEXAS
COUNTY OF DALLAS
I, Felicia Pitre, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.
Witness my official...
FELICIA PITRE, DISTRICT CLERK
Dallas County, Texas
By:_____ Deputy

# WARRANT OF EXECUTION

Escamilla.wex